IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIC HOSEY, #193503, *a.k.a.* ERIC HOSEY-BEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:16-CV-997-WKW ) |
| KARLA JONES, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On February 16, 2017, the Magistrate Judge entered a Recommendation (Doc. #21) addressing Plaintiff's Motion for Preliminary Injunction. (Doc. # 1.) There being no timely objection to the Recommendation, and upon review of the record, the Recommendation is ADOPTED, and it is hereby ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. # 1) is DENIED.

This civil action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 20th day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE