IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIC HOSEY, #193503, )
*a.k.a.* ERIC HOSEY-BEY, )
 )
    Plaintiff, )
 )
  v. )  CASE NO. 2:16-CV-997-WKW
 )
KARLA JONES, STEVE WATSON, )
and JEFFERSON S. DUNN, )
 )
    Defendants. )

## ORDER

On May 8, 2017, the Magistrate Judge entered a Recommendation (Doc. # 29) that this case be dismissed because Plaintiff abandoned his claims and failed to comply with a court order. There being no timely objection to the Recommendation, and after review of the record, the Recommendation (Doc. # 29) is ADOPTED, and it is ORDERED that this action is dismissed without prejudice.

Final judgment will be entered separately.

DONE this 30th day of June, 2017.

                        /s/ W. Keith Watkins
                CHIEF UNITED STATES DISTRICT JUDGE